IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WINSTON HOLLOWAY,**  **PLAINTIFF**
**REG. #67507**

v.  **CASE NO. 5:10CV00067 BSM/JJV**

**REX GAYLON LAY, Warden,**  **DEFENDANTS**
**Cummins Unit, Arkansas Department of Correction;**
**and WILLIAM STRAUGHN, Assistant Warden,**
**Cummins Unit, Arkansas Department of Correction**

## JUDGMENT

Pursuant to the order entered in this matter on this date, it is Considered, Ordered and Adjudged that this petition be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ORDERED this 21st day of November 2011.

_____
UNITED STATES DISTRICT JUDGE